United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-13911-mdc
Ronald Whitney, Jr.                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1            Date Rcvd: Oct 10, 2019
                        Form ID: pdf900   Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.
```
db          +Ronald Whitney, Jr.,    2127 Strasburg Road,    Coatesville, PA 19320-4464
cr          +Loancare, LLC.,    c/ Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
              Warrington, PA 18976-3403
14380602    +LOANCARE, LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
14361231    +LoanCare, LLC,    c/o Daniel Jones, Esquire,    1581 Main Street, Suite 200,
              The Shops at Valley Square,    Warrington, PA 18976-3403
14366095    +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14352472    +PNC Bank, NA,    c/o Jillian Nolan Snider, Esquire,    Pa. I.D. # 202253,    1500 One PPG Place,
              Pittsburgh, PA 15222-5416
14365147    +Wilmington Savings Fund Society,    c/o Kevin G. McDonald, Esquire,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14344131    +Wilmington Savings Fund Society FSB,    120 S 6th St,    Suite 2100,    Minneapolis, MN 55402-1823
14379384    +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
              Irvine, CA 92619-5004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:26      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2019 02:42:04
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2019 02:42:20      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14345803    +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2019 02:51:07      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14346059    +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2019 02:51:52      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                      TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:
```
              DANIEL P. JONES    on behalf of Creditor    Loancare, LLC. djones@sterneisenberg.com,
               bkecf@sterneisenberg.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association, successor by
               merger to National City Bank jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
              JOSEPH F. CLAFFY    on behalf of Debtor Ronald  Whitney, Jr. claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust et al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RONALD  WHITNEY, JR. | Chapter 13 |
| Debtor | Bankruptcy No. 19-13911-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 10, 2019

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F CLAFFY
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382

Debtor:
RONALD  WHITNEY, JR.

2127 STRASBURG ROAD

COATESVILLE, PA 19320-